UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS

UNITED STATES OF AMERICA                                               PLAINTIFF

v.                                    CASE NO. 4:14CV00273 JM

$431,830.00 IN U.S. CURRENCY                                           DEFENDANT

MARIO CORADO                                                           CLAIMANT

## ORDER OF FORFEITURE

Pending before the United States of America's unopposed motion for an order of forfeiture (Dkt. 22). The Court has considered the motion and finds that it has merit. The motion is therefore GRANTED.

The Court now orders as follows:

1. $411,830.00 of Defendant $431,830.00 in U.S. Currency is ordered forfeited to the United States.

2. The remaining $20,000.00 of Defendant $431,830.00 in U.S. Currency is dismissed with prejudice.

3. Each party will bear its own fees and costs.

4. The Court shall retain jurisdiction for purposes of enforcing the terms of the parties' settlement agreement.

IT IS SO ORDERED this 22nd day of August 2016.

_____
HONORABLE JAMES M. MOODY JR.
United States District Judge